# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 2, 2012

No. 11-20727
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellant

v.

SAFETY NATIONAL CASUALTY CORP.; AAA BONDING AGENCY, INC.,

Defendants- Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-3573

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

This case is remanded to the district court for its decision applying this court's decisions in *AAA Bonding Agency, et al. v. U.S. Dep't of Homeland Security*, No. 10-20515; No. 10-20695 (5th Cir. 10/31/2011).

REMANDED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.